UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GAVIN COOK, Individually and as sole surviving heir, TIMOTHY COOK, deceased, | * * * | Civil Action File No.: 3:25-cv-00074-KAC-DCP |
| Plaintiff, | * | |
| v. | * | |
| MCMINN COUNTY, TENNESSEE | * | |
| Defendant. | | |

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES PURSUANT TO F.R.C.P 7.1(a)(2)**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), the Plaintiff, GAVIN COOK is a natural person and a citizen and resident of the State of Florida. The Defendant, McMINN COUNTY, TENNESSEE, is a governmental entity and a duly organized political subdivision of the State of Tennessee. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

1

Respectfully submitted, this 24th day of February, 2025.

                        **CAVETT, ABBOTT & WEISS, PLLC**

                        _____
                        Joshua P. Weiss (Bar No. 500861
                        *Counsel for Plaintiff*
                        801 Broad Street, Suite 428
                        Chattanooga, TN 37402
                        Phone: 423-265-8804
                        Fax:    423-267-5915
                        josh@cawpllc.com