# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| GAVIN COOK, | ) |
| | ) Case No. 3:25-cv-74 |
| *Plaintiff*, | ) |
| v. | ) |
| MCMINN COUNTY, TENNESSEE, | ) |
| *Defendant*. | ) |

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Thomas A. Varlan, United States District Judge, for all further proceedings.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**