# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 1 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 17819 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | MCSO - MCMINN CO SHERIFF'S DEPARTMENT |
| Arresting Officer No. / Name | 427 - J. KING |
| Booking Officer No. / Name | 457 - D. CRANFIELD |
| Fingerprinted by Officer No. / Name | 461 - M. MOSES |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 08/29/2011  1415 |
| Book Date / Time | 08/29/2011  1745 |
| Location(s) | |
| Classification | MEDIUM |
| Classification Officer No. / Name | 457 - D. CRANFIELD |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 10/10/2011  1720 |
| Release Type | SERVED SENTENCE |
| Releasing Officer | 457 - D. CRANFIELD |
| Remarks | |
| Time Served | 42 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 08/29/2011 | 1 | 57-5-301 | | Misd. | |

**Charge:** VIOLATION ALCOHOLIC BEVERAGE LAWS

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| Yes | COUNTY | COUNTY |

**Date** / **Term** / **Sentence:** (blank)

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 08/29/2011 | 1 | 39-17-409,410 | | Misd. | |

**Charge:** SCHEDULE III DRUG VIOLATIONS

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| Yes | COUNTY | COUNTY |

**Date** / **Term** / **Sentence:** (blank)

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 08/29/2011 | 1 | 39-17-415 | | Misd. | |

**Charge:** SCHEDULE VI DRUG VIOLATIONS

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| Yes | COUNTY | COUNTY |

**Date** / **Term** / **Sentence:** (blank)

EXHIBIT A

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

TN0540000

*Page 2 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 20179 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | MCSO - MCMINN CO SHERIFF'S DEPARTMENT |
| Arresting Officer No. / Name | 449 - J. HARRISON |
| Booking Officer No. / Name | 454 - J.HARRISON |
| Fingerprinted by Officer No. / Name | 455 - J. SWAFFORD |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 04/05/2012  1542 |
| Book Date / Time | 04/05/2012  2155 |
| Location(s) | |
| Classification | |
| Classification Officer No. / Name | |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 06/04/2012  1421 |
| Release Type | SERVED SENTENCE |
| Releasing Officer | 459 - L. RUEBUSH |
| Remarks | |
| Time Served | 60 days |

## CHARGE 1

| Field | Value |
|---|---|
| Offense Date | 05/01/2012 |
| Cnt | 1 |
| Statute | TITLE 29 |
| UCR | |
| Type | Felony |
| Case No. | |
| Charge | VIOLATIONS AGAINST THE COURT OR AGAINST COURT ORDERS/INJUNCTIONS |
| At/Near | |
| Offense Location | |
| Arrest Location | |
| Date | |
| Term | |
| Sentence | |

## CHARGE 2

| Field | Value |
|---|---|
| Offense Date | 04/05/2012 |
| Cnt | |
| Statute | TITLE 29 |
| UCR | |
| Type | Misd. |
| Case No. | |
| Charge | VIOLATIONS AGAINST THE COURT OR AGAINST COURT ORDERS/INJUNCTIONS |
| At/Near | |
| Offense Location | |
| Arrest Location | |
| Date | |
| Term | |
| Sentence | |

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 3 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE / ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 25656 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | MCSO - MCMINN CO SHERIFF'S DEPARTMENT |
| Arresting Officer No. / Name | 461 - M. MOSES |
| Booking Officer No. / Name | 459 - L. RUEBUSH |
| Fingerprinted by Officer No. / Name | 471 - B. GREENLAW |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 08/06/2013   1607 |
| Book Date / Time | 08/06/2013   1607 |
| Location(s) | MCSO |
| Classification | MINIMUM |
| Classification Officer No. / Name | 459 - L. RUEBUSH |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 05/27/2015   1750 |
| Release Type | TRANSFER |
| Releasing Officer | 447 - L. RUEBUSH |
| Remarks | |
| Time Served | 659 days |

## CHARGE / DISPOSITION

**Offense Date:** 10/29/2013  **Cnt:**   **Statute:** TITLE 29  **UCR:**   **Type:**   **Case No.:**
**Charge:** VIOLATIONS AGAINST THE COURT OR AGAINST MEIGS CO
**At/Near:**   **Offense Location:**   **Arrest Location:**
**Date:**   **Term:**
**Sentence:**

**Offense Date:** 08/06/2013  **Cnt:** 1  **Statute:** TITLE 29  **UCR:**   **Type:** Misd.  **Case No.:**
**Charge:** VIOLATIONS AGAINST THE COURT ( POSS OF SCH 4)
**At/Near:**   **Offense Location:**   **Arrest Location:**
**Date:** 08/16/2013  **Term:** 120 day(s)
**Sentence:** CFTS TO FLATTEN

**Offense Date:** 08/06/2013  **Cnt:** 1  **Statute:** TITLE 29  **UCR:**   **Type:** Felony  **Case No.:**
**Charge:** VIOLATIONS AGAINST THE COURT ( FACILITAION TO COMMITT ROBBERY)
**At/Near:**   **Offense Location:**   **Arrest Location:**
**Date:** 08/12/2013  **Term:** 4 year(s)
**Sentence:** REVOKE TO SERVE CFTS

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 4 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 32607 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 130 - WALKER |
| Booking Officer No. / Name | 457 - A. SCRUGGS |
| Fingerprinted by Officer No. / Name | 457 - A. SCRUGGS |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 07/06/2015 0911 |
| Book Date / Time | 07/06/2015 0911 |
| Location(s) | ATHENS LODGE |
| Classification | MINIMUM |
| Classification Officer No. / Name | 457 - A. SCRUGGS |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 07/09/2015 1232 |
| Release Type | BONDED OUT |
| Releasing Officer | 457 - A. SCRUGGS |
| Remarks | |
| Time Served | 3 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 07/06/2015 | | 39-17-425 | | Misd. | |

**Charge:** UNLAWFUL DRUG PARAPHERNALIA

## LOCATION

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| | | |

## BOND

| Type | Company | Amount |
|---|---|---|
| Other | J & B BONDING | $500.00 |

## DISPOSITION

| Date | Term |
|---|---|
| | |

**Sentence:**

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 5 of 15*

## PERSONAL DATA

**Defendant Name (Last, First Middle):** JONES, JERROD IVAN
**Race:** Black/Non-Hisp.
**Sex:** Male
**DOB:**
**Place of birth:** ATHENS

**Age at booking:**
**Current Age:**
**Height:** 604
**Weight:** 195
**Hair:** BRO
**Eyes:** BRO
**INS No:**
**Social Security No.:** ** INFO WITHHELD **

**Visible Scars and Marks:**
**SID Number:** ** INFO WITHHELD **
**FBI Number:** ** INFO WITHHELD **

**Address:** 231 WOODWARD AVE, ATHENS, TN 37303
**Phone Number:** (423) 999-3132
**DLN - State:** 117079392

**Photo ID:** 34510
**Alias(es):**

**Last Known Employer:** DYNASTY SPAS
**Arresting Agency:** APD - ATHENS POLICE DEPARTMENT
**Arresting Officer No. / Name:** 135 - ADAMS

**Booking Officer No. / Name:** 461 - M. MOSES
**Fingerprinted by Officer No. / Name:** 461 - M. MOSES
**OCA:**
**OTN:** ** INFO WITHHELD **

**Arrest Date / Time:** 01/01/2016  0420
**Book Date / Time:** 01/01/2016  0439
**Location(s):**

**Classification:** MINIMUM
**Classification Officer No. / Name:** 461 - M. MOSES
**Class. Date:**
**Classification Remarks:**

**Remarks:**

## RELEASE

**Release Date / Time:** 01/01/2016  0621
**Release Type:** OWN RECOGNIZANC
**Releasing Officer:** 461 - M. MOSES
**Remarks:**
**Time Served:** 0 days

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 01/01/2016 | 1 | 55-50-504 | | Misd. | |

**Charge:** DRIVING ON SUSPENDED DL

### LOCATION
**At/Near:**    **Offense Location:**    **Arrest Location:**

### DISPOSITION
**Date:**    **Term:**
**Sentence:**

# History Arrest/Booking Report
**All history bookings for inmate #3775**
*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

*Page 6 of 15*

## Personal Data

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 36051 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 122 - THOMPSON |
| Booking Officer No. / Name | 7144 - MORGAN |
| Fingerprinted by Officer No. / Name | 7144 - MORGAN |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 05/17/2016 1410 |
| Book Date / Time | 05/17/2016 1419 |
| Location(s) | |
| Classification | MINIMUM |
| Classification Officer No. / Name | 7144 - MORGAN |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## Release

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 06/05/2016 0001 | SERVED SENTENCE | 3273 - H. LANEY | | 19 days |

## Charge

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 05/17/2016 | | TITLE 30 | | Misd. | |

**Charge**
VIOLATION OF PROBATION MISDEMEANOR POSS DRUG PARA (15-CR-1691)

### Location

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| | | |

### Disposition

| Date | Term |
|---|---|
| 05/26/2016 | 30 day(s) |

**Sentence**
TO SERVE CFTS

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

*Page 7 of 15*

## PERSONAL DATA

**Defendant Name (Last, First Middle):** JONES, JERROD IVAN
**Race:** Black/Non-Hisp.
**Sex:** Male
**DOB:**
**Place of birth:** ATHENS

**Age at booking:**
**Current Age:**
**Height:** 604
**Weight:** 195
**Hair:** BRO
**Eyes:** BRO
**INS No:**
**Social Security No.:** ** INFO WITHHELD **

**Visible Scars and Marks:**
**SID Number:** ** INFO WITHHELD **
**FBI Number:** ** INFO WITHHELD **

**Address:** 231 WOODWARD AVE, ATHENS, TN 37303
**Phone Number:** (423) 999-3132
**DLN - State:** 117079392

**Photo ID:** 36267
**Alias(es):**

**Last Known Employer:** DYNASTY SPAS
**Arresting Agency:** APD - ATHENS POLICE DEPARTMENT
**Arresting Officer No. / Name:** 132 - WILLIAMSON

**Booking Officer No. / Name:** 8819 - A. SCRUGGS
**Fingerprinted by Officer No. / Name:** 1117 - M. WILLIAMS
**OCA:**
**OTN:** ** INFO WITHHELD **

**Arrest Date / Time:** 06/07/2016  1825
**Book Date / Time:** 06/07/2016  1825
**Location(s):** INGLES PARKING LOT

**Classification:** MINIMUM
**Classification Officer No. / Name:** 8819 - A. SCRUGGS
**Class. Date:**
**Classification Remarks:**

**Remarks:**

## RELEASE

**Release Date / Time:** 06/08/2016  1132
**Release Type:** SERVED SENTENCE
**Releasing Officer:** 6769 - M. COOK
**Remarks:** RL ON TIME SERVED
**Time Served:** 1 days

## CHARGE

**Offense Date:** 06/07/2016
**Cnt:**
**Statute:** 39-16-609
**UCR:**
**Type:** Misd.
**Case No.:**

**Charge:** FAILURE TO APPEAR

## LOCATION

**At/Near:**
**Offense Location:**
**Arrest Location:**

## DISPOSITION

**Date:** 06/08/2016
**Term:**

**Sentence:** WARRANT WAS NOT RECALLED.  RELEASE ON T/S

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

TN0540000

*Page 8 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 37446 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 129 - A.ESTEP |
| Booking Officer No. / Name | 4520 - S. GRAY |
| Fingerprinted by Officer No. / Name | 7144 - C.MORGAN |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 09/26/2016  0007 |
| Book Date / Time | 09/26/2016  0045 |
| Location(s) | CONGRESS PKWY |
| Classification | MINIMUM |
| Classification Officer No. / Name | 4520 - S. GRAY |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 10/10/2016  0011 |
| Release Type | SERVED SENTENCE |
| Releasing Officer | 4520 - S. GRAY |
| Remarks | |
| Time Served | 14 days |

## CHARGE 1

| Field | Value |
|---|---|
| Offense Date | 09/26/2016 |
| Cnt | |
| Statute | 39-14-103 |
| UCR | |
| Type | Misd. |
| Case No. | |
| Charge | THEFT OF PROPERTY (OVER 500) |
| At/Near | |
| Offense Location | |
| Arrest Location | |
| Date | 10/06/2016 |
| Term | |
| Sentence | CAN BE RL ON CITATION |

## CHARGE 2

| Field | Value |
|---|---|
| Offense Date | 09/26/2016 |
| Cnt | |
| Statute | TITLE 30 |
| UCR | |
| Type | Misd. |
| Case No. | |
| Charge | VIOLATION OF PROBATION MISDEMEANOR POSS OF PARA |
| At/Near | |
| Offense Location | |
| Arrest Location | |
| Date | 10/06/2016 |
| Term | 45 day(s) |
| Sentence | TO SERVE |

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 9 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE / ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 37610 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 128 - WEIR |
| Booking Officer No. / Name | 7444 - W. STEWART |
| Fingerprinted by Officer No. / Name | 5355 - D. SAXE |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 10/11/2016  1900 |
| Book Date / Time | 10/11/2016  2215 |
| Location(s) | |
| Classification | MEDIUM |
| Classification Officer No. / Name | 7444 - W. STEWART |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 10/20/2016  1821 | SERVED SENTENCE | 4929 - L. RUEBUSH | | 9 days |

## CHARGE 1

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 10/11/2016 | 1 | 39-17-305 | | Misd. | |

**Charge:** DISORDERLY CONDUCT

**At/Near** | **Offense Location** | **Arrest Location**

**Date:** 10/20/2016    **Term:**

**Sentence:** DISMISSED

## CHARGE 2

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 10/14/2016 | | TITLE 30 | | Misd. | |

**Charge:** VIOLATION OF PROBATION MISDEMEANOR POSS OD DRUG PARA

**At/Near** | **Offense Location** | **Arrest Location**

**Date:** 10/20/2016    **Term:**

**Sentence:** DISMISSED RL BACK TO PROBATION

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 38273 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 122 - THOMPSON |
| Booking Officer No. / Name | 4520 - S. GRAY |
| Fingerprinted by Officer No. / Name | 4520 - S. GRAY |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 12/16/2016  1550 |
| Book Date / Time | 12/16/2016  1635 |
| Location(s) | FORREST HILLS |
| Classification | MEDIUM |
| Classification Officer No. / Name | 4520 - S. GRAY |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 01/07/2017  0012 | SERVED SENTENCE | 1117 - M. WILLIAMS | RL TO T/S | 22 days |

## CHARGE 1

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 12/16/2016 | 1 | 39-16-502 | | Misd. | |

**Charge:** FALSE REPORTS

**At/Near** | **Offense Location** | **Arrest Location**

**DISPOSITION**
| Date | Term |
|---|---|
| 12/29/2016 | 60 day(s) |

**Sentence:** REDUCED TO RESISTING ARREST 6 MONTHS SUSP AFTER SERVING

## CHARGE 2

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 12/19/2016 | 1 | TITLE 30 | | Misd. | |

**Charge:** VIOLATION OF PROBATION MISDEMEANOR DRUG PARA , DOSL

**At/Near** | **Offense Location** | **Arrest Location**

**DISPOSITION**
| Date | Term |
|---|---|
| 12/29/2016 | 60 day(s) |

**Sentence:** REINSTATE BACK TO PROBATION AFTER SERVING

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 11 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE / ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 126 - TALLANT |
| Booking Officer No. / Name | 1742 - D. HANEY |
| Fingerprinted by Officer No. / Name | 1742 - D. HANEY |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 03/08/2017  0910 |
| Book Date / Time | 03/08/2017  0941 |
| Location(s) | |
| Classification | MEDIUM |
| Classification Officer No. / Name | 1742 - D. HANEY |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Field | Value |
|---|---|
| Release Date / Time | 03/08/2017  1452 |
| Release Type | COURT |
| Releasing Officer | 1742 - D. HANEY |
| Remarks | |
| Time Served | 0 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 03/08/2017 | | 39-14-405 | | Misd. | |

**Charge**
CRIMINAL TRESPASS

### LOCATION

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| | | |

### DISPOSITION

| Date | Term |
|---|---|
| | |

**Sentence**

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on     Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

TN0540000

*Page 12 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE / ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 39716 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | APD - ATHENS POLICE DEPARTMENT |
| Arresting Officer No. / Name | 124 - QUEEN |
| Booking Officer No. / Name | 7251 - H. TROUTMAN |
| Fingerprinted by Officer No. / Name | 7251 - H. TROUTMAN |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 04/26/2017  2340 |
| Book Date / Time | 04/26/2017  2347 |
| Location(s) | |
| Classification | MINIMUM |
| Classification Officer No. / Name | 7251 - H. TROUTMAN |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 07/28/2017  0634 | SERVED SENTENCE | 2301 - B. BUCKNA | REL 75% | 93 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 04/26/2017 | | TITLE 30 | | Misd. | |

**Charge**
VIOLATION OF PROBATION MISDEMEANOR

## LOCATION

| At/Near | Offense Location | Arrest Location |
|---|---|---|
| | | |

## DISPOSITION

| Date | Term |
|---|---|
| 05/04/2017 | 6 month(s) |

**Sentence**
TO SERVE TO FLATTEN

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on    Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

TN0540000

*Page 13 of 15*

## PERSONAL DATA

**Defendant Name (Last, First Middle):** JONES, JERROD IVAN
**Race:** Black/Non-Hisp.
**Sex:** Male
**DOB:**
**Place of birth:** ATHENS

**Age at booking:**
**Current Age:**
**Height:** 604
**Weight:** 195
**Hair:** BRO
**Eyes:** BRO
**INS No:**
**Social Security No.:** ** INFO WITHHELD **

**Visible Scars and Marks:**
**SID Number:** ** INFO WITHHELD **
**FBI Number:** ** INFO WITHHELD **

**Address:** 231 WOODWARD AVE, ATHENS, TN 37303
**Phone Number:** (423) 999-3132
**DLN - State:** 117079392

**Photo ID:** 42055
**Alias(es):**

**Last Known Employer:** DYNASTY SPAS
**Arresting Agency:** APD - ATHENS POLICE DEPARTMENT
**Arresting Officer No. / Name:** 127 - CARDIN

**Booking Officer No. / Name:** 9748 - B. CANTRELL
**Fingerprinted by Officer No. / Name:** 9748 - B. CANTRELL
**OCA:**
**OTN:** ** INFO WITHHELD **

**Arrest Date / Time:** 12/02/2017  1026
**Book Date / Time:** 12/02/2017  1024
**Location(s):** CHRIST COMMUNITY CHURCH

**Classification:** MEDIUM
**Classification Officer No. / Name:** 9748 - B. CANTRELL
**Class. Date:**
**Classification Remarks:**

**Remarks:**

## RELEASE

**Release Date / Time:** 12/06/2017  1329
**Release Type:** SERVED SENTENCE
**Releasing Officer:** 9748 - B. CANTRELL
**Remarks:**
**Time Served:** 4 days

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 12/02/2017 | 1 | 39-14-103 | | Misd. | |

**Charge:** THEFT OF PROPERTY (UNDER 500)

## LOCATION

**At/Near:** 
**Offense Location:**
**Arrest Location:**

## DISPOSITION

**Date:** 12/06/2017
**Term:** 4 day(s)
**Sentence:** 11/29 SUSP ON SERVING

# History Arrest/Booking Report

**All history bookings for inmate #3775**

*Report generated on     Wednesday January 2 2019 12:48 PM*

**MCMINN CO SHERIFF'S OFFICE**

**TN0540000**

*Page 14 of 15*

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 42355 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | MCSO - MCMINN CO SHERIFF'S DEPARTMENT |
| Arresting Officer No. / Name | 491 - B. JONES |
| Booking Officer No. / Name | 6686 - L. GREEN |
| Fingerprinted by Officer No. / Name | 6686 - L. GREEN |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 01/03/2018  2009 |
| Book Date / Time | 01/03/2018  2008 |
| Location(s) | |
| Classification | MEDIUM |
| Classification Officer No. / Name | 6686 - L. GREEN |
| Class. Date | 01/03/2018 |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 01/07/2018  0036 | BONDED OUT | 7400 - M. JOE | RL BAILFAST | 4 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 01/03/2018 | 1 | 39-14-146 | | Misd. | |

**Charge:** SHOPLIFTING-THEFT OF PROPERTY

**LOCATION** — At/Near, Offense Location, Arrest Location

**BOND**

| Type | Company | Amount |
|---|---|---|
| Other | BAILFAST | $1,000.00 |

**DISPOSITION** — Date, Term, Sentence

---

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 01/03/2018 | 1 | TITLE 30 | | Misd. | |

**Charge:** VIOLATION OF PROBATION MISDEMEANOR

**LOCATION** — At/Near, Offense Location, Arrest Location

**BOND**

| Type | Company | Amount |
|---|---|---|
| Cash | | $556.45 |

**DISPOSITION** — Date, Term, Sentence

# History Arrest/Booking Report
**All history bookings for inmate #3775**
*Report generated on    Wednesday January 2 2019 12:48 PM*

# MCMINN CO SHERIFF'S OFFICE
TN0540000

Page 15 of 15

## PERSONAL DATA

| Field | Value |
|---|---|
| Defendant Name (Last, First Middle) | JONES, JERROD IVAN |
| Race | Black/Non-Hisp. |
| Sex | Male |
| DOB | |
| Place of birth | ATHENS |
| Age at booking | |
| Current Age | |
| Height | 604 |
| Weight | 195 |
| Hair | BRO |
| Eyes | BRO |
| INS No | |
| Social Security No. | ** INFO WITHHELD ** |
| Visible Scars and Marks | |
| SID Number | ** INFO WITHHELD ** |
| FBI Number | ** INFO WITHHELD ** |
| Address | 231 WOODWARD AVE, ATHENS, TN 37303 |
| Phone Number | (423) 999-3132 |
| DLN - State | 117079392 |
| Photo ID | 42620 |
| Alias(es) | |
| Last Known Employer | DYNASTY SPAS |
| Arresting Agency | MCSO - MCMINN CO SHERIFF'S DEPARTMENT |
| Arresting Officer No. / Name | 491 - B. JONES |
| Booking Officer No. / Name | 1117 - M. WILLIAMS |
| Fingerprinted by Officer No. / Name | 1117 - M. WILLIAMS |
| OCA | |
| OTN | ** INFO WITHHELD ** |
| Arrest Date / Time | 01/29/2018  1108 |
| Book Date / Time | 01/29/2018  1108 |
| Location(s) | |
| Classification | MEDIUM |
| Classification Officer No. / Name | 1117 - M. WILLIAMS |
| Class. Date | |
| Classification Remarks | |
| Remarks | |

## RELEASE

| Release Date / Time | Release Type | Releasing Officer | Remarks | Time Served |
|---|---|---|---|---|
| 02/08/2018  2219 | COURT | 7400 - M. JOE | RL CITATION | 10 days |

## CHARGE

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 01/29/2018 | | 39-14-403 | | Felony | |

**Charge:** AGGRAVATED BURGLARY THEFT OF PROPERTY OVER 1,000

**At/Near** | **Offense Location** | **Arrest Location**

**Date** | **Term**

**Sentence:** RL ON CITATION

| Offense Date | Cnt | Statute | UCR | Type | Case No. |
|---|---|---|---|---|---|
| 02/08/2018 | | TITLE 30 | | Misd. | |

**Charge:** VIOLATION OF PROBATION MISDEMEANOR SHOPLIFTING

**At/Near** | **Offense Location** | **Arrest Location**

**Date** | **Term**

**Sentence:** RL ON CITATION