# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
**TN0540000**

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** BX

**REPORTING OFFICER:** 8819 - SCRUGGS, AISHA

**REPORT DATE:** 05/04/2017 **REPORT TIME:** 0 :51

**SHIFT SUPERVISER:** 8819 - SCRUGGS, AISHA

**APPROVING OFFICER:**

**OFFENDER(S)**

**CONTROL NUMBER:**

**INCIDENT DATE:** 05/04/2017

**DELIVERY DATE:** 05/04/2017

**APPROVAL DATE:**

**CASE NUMBER:** 2127

**INCIDENT TIME:** 0 :51

**DELIVERY TIME:** 02:54

**APPROVAL TIME:**

**VICTIM(S)**

**WITNESS(ES)**

### NARRATIVE

AT APPROXIMATELY 0051, I DEPUTY A. SCRUGGS, WAS IN THE PROCESS OF MOVING SEVERAL INMATES FROM BX TO OX PER 447. AS THE INMATES WERE GATHERING THEIR BELONGINGS, INMATE BRANDON TINDELL WHO WAS SLEEPING ON THE FLOOR, PICKED UP HIS MAT, TOTE, ETC AND PROCEEDED TO MOVE TO THE BUNK WERE FLOYD DUNCAN WAS LAYING. INMATE JERROD JONES WALKED FROM THE OTHER SIDE OF THE POD, AND EXCHANGED WORDS WITH MR. TINDELL ABOUT THE BUNK. MR. DUNCAN EXPLAINED TO MR. JONES THAT MR. TINDELL HAD BEEN IN THE POD LONGER, SO HE WAS ENTITLED TO THE BUNK. MR. JONES WALKED OFF, BUT IMMEDIATELY CAME BACK TO THE BUNK. MR. JONES PUNCHED MR. TINDELL IN THE FACE, THEN PUSHED HIM DOWN. MR. TINDELL THEN FELL INTO INMATE MAURICE ROBERTS TOTE AT WHICH TIME IT BROKE. DEPUTIES TROUTMAN AND WILLIAMS THEN MOVED MR. JONES TO OX. END OF REPORT

Hearing Officer Signature: Badge Number:

Approving Officer Signature: Badge Number:

Badge Number:

Supervising Officer Signature Date: Time:

Eagle Advantage Solutions, Inc.

**EXHIBIT B**

# JAIL INCIDENT/
# DISCIPLINARY REPORT

MCMINN CO SHERIFF'S OFFICE
**TN0540000**

*Report run on: January 2, 2019 1:01 PM*

Page 2 of 28

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** GYM

**REPORTING OFFICER:** 4929 - RUEBUSH, LYNNETTE

**REPORT DATE:** 05/25/2017    **REPORT TIME:** 14:17

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 05/25/2017

**DELIVERY DATE:**

**APPROVAL DATE:**

**CASE NUMBER:** 2159

**INCIDENT TIME:**

**DELIVERY TIME:**

**APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 3775    **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

**NARRATIVE**

**NARRATIVE**

On May 25, 2017 traffic called to the gym to find Jerrod Jones and Doug Clowers in a altercation. When arrived in gym had all males move to the wall to find that Jerrod Jones hit Doug Clowers and the wall with his fist. Both parties seperated and taken to the nurse to have be examined. Jones will be move to a different location. Jones advised that he was tired of Clowers running his mouth at him.

Hearing Officer Signature:                                  Badge Number:


Approving Officer Signature:                                Badge Number:


                                                           Badge Number:

Supervising Officer Signature                    Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

INCIDENT CODE  -

LOCATION: BX POD

REPORTING OFFICER: 3673 - BURNHAM, MATTHEW

REPORT DATE: 01/04/2018          REPORT TIME: 03:57

SHIFT SUPERVISER: -

APPROVING OFFICER:

CONTROL NUMBER:

INCIDENT DATE: 01/03/2018

DELIVERY DATE:

APPROVAL DATE:

CASE NUMBER: 2481

INCIDENT TIME: 22:25

DELIVERY TIME:

APPROVAL TIME:

OFFENDER(S)

INMATE NO. 3775          NAME:  JONES, JERROD IVAN

CURRENT CELL ASSIGNMENT: MX/MX

CURRENT CHARGE(S):
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

VICTIM(S)
INMATE NO. 2865          NAME: MCCREARY, DEREK ALLEN

CURRENT CELL ASSIGNMENT: /

WITNESS(ES)

### NARRATIVE
ON THIS DATE 01/03/2018 AND TIME 2225 I DEP. BURNHAM RESPONDED TO A TRAFFIC CALL IN BX. WHEN I ENTERED THE POD I ASKED WHAT WAS GOING ON. INMATE DEREK MCCREARY APPROACHED ME AND TOLD ME WHAT HAPPENED. HE SAID THAT INMATE JARROD JONES OWED HIM FROM A YEAR AGO WHEN THEY WERE BOTH IN HERE LAST. AT THIS TIME DEP. HAMPTON ARRIVED TO BX AND I EXPLAINED WHAT WAS GOING ON. DEP. HAMPTON AND MYSELF PULLED INMATE DEREK MCCREARY OUT OF THE POD AND CLOSED THE POD DOOR. DEP. HAMPTON THEN PROCEEDED TO GO INTO CENTRAL AND PLAY BACK THE CAMERA FOOTAGE TO SEE WHAT HAPPENED. AT THIS TIME CPL. BYRUM ARRIVED AND ASKED WHAT HAPPENED AND INMATE DEREK MCCREARY THEN PROCEEDED TO EXPLAIN THAT HAPPENED. CPL. BYRUM THEN WENT INTO CENTRAL TO REVIEW THE CAMERA FOOTAGE. AFTER WATCHING THE VIDEO CPL. BYRUM PROCEEDED TO GO BACK INTO BX AND TOLD INMATE JARROD JONES TO PACK HIS STUFF AND THEN MOVED HIM TO THE BACK TO OX POD AFTER REVIEWING THE CAMERA FOOTAGE. END REPORT

Hearing Officer Signature:                                        Badge Number:

Approving Officer Signature:                                      Badge Number:

Badge Number:

Supervising Officer Signature                    Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
TN0540000

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** LX

**REPORTING OFFICER:** 5355 - SAXE, DERRICK

**REPORT DATE:** 01/30/2018  **REPORT TIME:** 02:06

**SHIFT SUPERVISER:** 5355 - SAXE, DERRICK

**APPROVING OFFICER:**

**OFFENDER(S)**

**CONTROL NUMBER:**

**INCIDENT DATE:** 01/29/2018

**DELIVERY DATE:** 01/30/2018

**APPROVAL DATE:**

**CASE NUMBER:** 2526

**INCIDENT TIME:** 20:17

**DELIVERY TIME:** 02:06

**APPROVAL TIME:**

**VICTIM(S)**

**INMATE NO.** 3775          **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**WITNESS(ES)**

### NARRATIVE

On the above date and approximate time, traffic was called in pod LX from the Main Male One booth. After I arrived, I had asked all of the inmates the pod what had happened when all of the inmate stated that inmate Jones had to go. I then moved inmate Jones to pod PX for his own safety with no further incidents. End of report.

Hearing Officer Signature:                                              Badge Number:

Approving Officer Signature:                                           Badge Number:

                                                                       Badge Number:

Supervising Officer Signature                    Date:          Time:

Eagle Advantage Solutions, Inc.

Report run on: January 2, 2019 1:01 PM

## INCIDENT DESCRIPTION

INCIDENT CODE   -

LOCATION:  BOOKING CELL 1

REPORTING OFFICER: 1117 -  WILLIAMS, MATTHEW

REPORT DATE:  01/30/2018          REPORT TIME:  09:52

SHIFT SUPERVISER:  -

APPROVING OFFICER:

CONTROL NUMBER:

INCIDENT DATE:  01/29/2018

DELIVERY DATE:

APPROVAL DATE:

CASE NUMBER: 2527

INCIDENT TIME:  14:30

DELIVERY TIME:

APPROVAL TIME:

OFFENDER(S)

INMATE NO. 3775          NAME:  JONES, JERROD IVAN

CURRENT CELL ASSIGNMENT:  MX/MX

CURRENT CHARGE(S):
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

VICTIM(S)

WITNESS(ES)

### NARRATIVE
ON 1/29/2018 I DEPUTY WILLIAMS WAS WORKING BOOKING WHEN OFFICER CARDIN FROM APD WITNESSED A FIGHT BETWEEN INMATE
JERROD JONES AND INMATE DAVID RODRIGUEZ IN CELL 1. CPL CHURCH AND MYSELF IMMIEDAITLY WALKED TO CELL 1 AND REMOVED
INMATE JONES FROM CELL 1 CALLED THE NURSE, NURSE BENNY, FOR MEDICAL ATTENTION FOR DAVID RODRIQUEZ.
END OF REPORT

Hearing Officer Signature:                                        Badge Number:

Approving Officer Signature:                                     Badge Number:

                                                                              Badge Number:

Supervising Officer Signature                    Date:            Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

| | | |
|---|---|---|
| **LOCATION:** BOOKING CELL 1 | **CONTROL NUMBER:** | **CASE NUMBER:** 2528 |
| **REPORTING OFFICER:** 443 - T. CHURCH | **INCIDENT DATE:** 01/29/2018 | **INCIDENT TIME:** 14:30 |
| **REPORT DATE:** 01/30/2018   **REPORT TIME:** 09:53 | **DELIVERY DATE:** 01/30/2018 | **DELIVERY TIME:** 09:53 |
| | **APPROVAL DATE:** | **APPROVAL TIME:** |

**SHIFT SUPERVISER:** 441 - CLAYTON, RICK

**APPROVING OFFICER:**

**OFFENDER(S)**

**INMATE NO.** 3775      **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 5190      **NAME:** RODRIGUEZ, DAVID CRUZ

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

**NARRATIVE**

ON 1/29/2018 AT APPROXIMATELY 1430, I, CORPORAL CHURCH WAS IN BOOKING DOING RELEASES. DEPUTY WILLIAMS WAS DOING AN INTAKE. WHILE DEP. WILLIAMS WAS DOING THE INTAKE, THE APD OFFICER AT THE COUNTER WITH THE INTAKE PRISONER STATED "THEY ARE FIGHTING OVER THERE IN 1." AT THIS TIME I LOOKED UP FROM THE PRISONER REGISTER AND SAW INMATE RODRIGUEZ ON THE GROUND AND INMATE JONES PUNCHING HIM IN THE FACE. I THEN GRABBED A CAN OF SPRAY AND WILLIAMS GRABBED THE CELL KEY. WHEN WE GOT TO THE CELL, THE INMATES STOPPED AND INMATE JONES WAS REMOVED FROM THE CELL. THE NURSE WAS CALLED TO LOOK AT INMATE RODRIGUEZ. NO FURTHER INCIDENT OCCURRED.

Hearing Officer Signature: _____      Badge Number: _____

Approving Officer Signature: _____      Badge Number: _____

      Badge Number: _____

Supervising Officer Signature _____      Date: _____      Time: _____

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

## INCIDENT DESCRIPTION

INCIDENT CODE -

**LOCATION:** PX DAYROOM

**REPORTING OFFICER:** 3673 - BURNHAM, MATTHEW

**REPORT DATE:** 02/06/2018   **REPORT TIME:** 16:16

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**   **CASE NUMBER:** 2548

**INCIDENT DATE:** 02/06/2018   **INCIDENT TIME:** 15:55

**DELIVERY DATE:**   **DELIVERY TIME:**

**APPROVAL DATE:**   **APPROVAL TIME:**

**OFFENDER(S)**

INMATE NO. 3775   **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

### NARRATIVE

ON THIS DATE 02/06/2018 AT APPROX 1555 TIME. I DEP. BURNHAM AND DEP. GOENNER WERE SITTING IN MM2 CONTROL BOOTH AND HEARD SHOUTING COMING FROM PX. WHEN WE LOOKED WE SAW A GROUP OF INMATES TOWARDS THE BACK LEFT CORNER ARGUING. I DEP. BURNHAM WENT INTO PX TO SEE WHAT WAS GOING ON. WHEN I GOT IN THERE I PROCEEDED TO GO TOWARDS THE CORNER WHERE THE WERE STANDING AT ARGUING. THATS WHEN I GOT CONTROL OF THE SITUATION AND THE WHOLE POD SAID THAT HE IS STEALING FROM EVERYONE IN THERE AND THAT HE HAS TO GO. I TOLD THEM GIVE ME A CHANCE TO FIND OUT WHAT WE NEED TO DO, I CAME BACK INTO THE CONTROL BOOTH AND CALLED CPL. RUEBUSH AND SHE INSTRUCTED TO ME TO LOCK INMATE JERROD JONES DOWN IN HIS CELL PX2 FOR THE NIGHT DUE TO THE SITUATION AND FOR HIS SAFETY. END REPORT

Hearing Officer Signature:   Badge Number:

Approving Officer Signature:   Badge Number:

Badge Number:

Supervising Officer Signature   Date:   Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/ DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**

TN0540000

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** BOOKING CELL 1

**CONTROL NUMBER:**

**CASE NUMBER:** 2566

**REPORTING OFFICER:** 5355 - SAXE, DERRICK

**INCIDENT DATE:** 02/17/2018

**INCIDENT TIME:** 18:22

**REPORT DATE:** 02/17/2018 **REPORT TIME:** 20:08

**DELIVERY DATE:** 02/17/2018

**DELIVERY TIME:** 20:08

**SHIFT SUPERVISER:** 5355 - SAXE, DERRICK

**APPROVAL DATE:**

**APPROVAL TIME:**

**APPROVING OFFICER:**

**OFFENDER(S)**

**INMATE NO.** 3775 **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 10610 **NAME:** COOK, TIMOTHY BRIAN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

**NARRATIVE**

O

**NARRATIVE**

On the above date and approximate time, I CPL. Saxe was sitting behind the booking counter when Patrol Deputy Murray stated "HEY! You have a fight going on over in cell One". As I looked up I witnessed Inmate Jones striking Inmate Cook. Deputy Murray and myself then went over to cell One to break the fight up. As we approached the door, Inmate Jones was backing up as Deputy Murray and myself were giving him the reasonable command to get on the wall (Chapter 3 Section 3.07 Procedure 3 Levels 1 and 2). As we were cuffing Inmate Jones, he began pulling away and was Tased for One (1) full cycle by Deputy Murray (Chapter 3 Section 3.07 Procedures 3 Levels 1, 2, and 3, Chapter 4 Sectldn 4.03 Procedures 3 Letter B). Inmate Jones was then placed in the restraint chair until we could assess Inmate Cook. After Deputy Murray got back to cell 1 where Inmate Cook was laying, he shouted that Inmate Cook wasn't breathing and was unresponsive. Deputy Murray immediately got on his hand set and started radioing dispatch for an ambulance at the jail as I was also calling dispatch from a jail line for an ambulance. By this time, Deputy Green was over in cell 1 when I told her to start CPR on Inmate Cook. CPL. Church and myself then went to get the A.E.D and the ambu bag to assist with the CPR process. When we got back with the A.E.D and the ambu bag, Patrol Auxiliary Mike Stewart had taken over CPR I then unpacked the A.E.D and placed the pads on Inmate Cook's chest as directed by the instruction on the A.E.D as Deputy Mike Stewart continued C.P.A. The A.E.D never advised to shock and CPR was continued with Deputy Mike Stewart and myself switching in and out performing CPR on Inmate Cook. EMS had arrived on the scene at approximately 1834 and took over. I then went to call and notify my chain of command of the situation as EMS loaded Inmate Cook into the ambulance. Ems staff then began transporting Inmate Cook the UT hospital of Knoxville at approximately 1853 with Deputy Michelle Williams going to sit with Inmate Cook. End of report.

Hearing Officer Signature:                                                                                       Badge Number:

Approving Officer Signature:                                                                                   Badge Number:

                                                                                                                              Badge Number:

Supervising Officer Signature                          Date:                    Time:

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

| | | |
|---|---|---|
| **LOCATION:** BOOKING CELL1 | **CONTROL NUMBER:** | **CASE NUMBER:** 2567 |
| **REPORTING OFFICER:** 443 - CHURCH, T. | **INCIDENT DATE:** 02/17/2018 | **INCIDENT TIME:** 18:22 |
| **REPORT DATE:** 02/17/2018 **REPORT TIME:** 20:15 | **DELIVERY DATE:** 02/17/2018 | **DELIVERY TIME:** 20:15 |
| **SHIFT SUPERVISER:** 440 - PARSONS, TOBY | **APPROVAL DATE:** | **APPROVAL TIME:** |
| **APPROVING OFFICER:** | | |

**OFFENDER(S)**

**INMATE NO.** 3775 **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 10610 **NAME:** COOK, TIMOTHY BRIAN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

<u>NARRATIVE</u>
ON 2/17/2018 AT APPROXIMATELY 1822 I, CORPORAL CHURCH WAS IN THE CORPORAL OFFICE GETTING MY BELONGINGS TO GO HOME. WHEN I WALKED OUT OF THE CORPORAL OFFICE, THE LAUNDRY TRUSTEE ASKED ME WHAT WAS GOING ON. HE STATED "ONE OF YOUR OFFICERS JUST RAN UP TO BOOKING!" I THEN WENT TO BOOKING AND FOUND OFFICERS AT HOLDING CELL 1. I COULD NOT TELL WHAT WAS GOING ON. THE PHONE WAS RINGING AND I ANSWERED IT. CPL. RUEBUSH WAS ON THE OTHER END. SHE ASKED ME WHAT WAS GOING ON. AT THIS POINT I WAS STILL UNSURE OF WHAT WAS GOING ON. I GOT OFF THE PHONE WITH CPL. RUEBUSH AND FOUND OUT THERE WAS AN INMATE IN HOLDING CELL 1 WHO WAS NOT BREATHING. I THE WENT TO THE CLINIC TO RETRIEVE THE AED AND BAG VALVE MASK (BVM). I ARRIVED BACK TO HOLDING CEL 1 AND GAVE THE AED TO ANOTHER OFFICER. I GRABBED THE BVM AND STARTED RESPIRATIONS WHEN COMPRESSIONS WERE PAUSED. I TOLD DEPUTY HANEY TO GET THE FRONT HALF KEYS, GO TO THE CLINIC AND GET THE OXYGEN TANK LABELED "NON REBREATHER". WHEN DEP. HANEY RETURNED WITH THE OXYGEN TANK DEP. MURRAY CONNECTED THE OXYGEN LINE TO THE TANK. SHORTLY THERE AFTER, EMS ARRIVED, TOOK OVER CPR, REMOVED THE AED AND ATTACHED THEIR LIFEPAK MONITOR. I CONTINUED TO GIVE BREATHS AS INSTRUCTED.BY EMS. THE INMATE WAS MOVED ON TO A BACK BOARD AND THEN TRANSFORD ON TO THE STRETCHER. EMS THEN TOOK HIM TO THE AMBULANCE. I THEN WENT TO THE BOOKING COUNTER TO MAKE SURE THE BOOKING KEY WAS THERE AND THEN I SECURED THE HOLDING CELL DOOR. I THEN ADVISED CPL. SAXE NOT TO LET ANYBODY GO INTO HOLDING 1.

Hearing Officer Signature:      Badge Number:

Approving Officer Signature:      Badge Number:

     Badge Number:

Supervising Officer Signature      Date:      Time:

Eagle Advantage Solutions, Inc.

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

| | |
|---|---|
| **LOCATION:** BOOKING CELL 1 | |
| **REPORTING OFFICER:** 6686 - GREEN, LANA | |
| **REPORT DATE:** 02/17/2018     **REPORT TIME:** 21:46 | |

**CONTROL NUMBER:**
**INCIDENT DATE:** 02/17/2018
**DELIVERY DATE:** 02/17/2018
**APPROVAL DATE:**

**CASE NUMBER:** 2568
**INCIDENT TIME:** 18:22
**DELIVERY TIME:** 21:46
**APPROVAL TIME:**

**SHIFT SUPERVISER:** 5355 - SAXE, DERRICK

**APPROVING OFFICER:**

**OFFENDER(S)**

**INMATE NO.** 3775     **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 10610     **NAME:** COOK, TIMOTHY BRIAN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

### NARRATIVE

On the above date and approximate time, I officer Lana Green was in booking. Deputy Murray and Cpl Saxe was in booking as well. Deputy Murray seen fighting going on in booking cell 1. Deputy Murray and Cpl Saxe immediately went to booking cell 1. They separated the inmates and place inmate Jones into the restraint chair in booking cell 3. I officer Lana Green went to help Deputy Murray and Cpl Saxe, they were checking for breathing and a pulse on Inmate Cook. They advised me to start CPR. Deputy Murray radioed for an ambulance and Cpl Saxe called dispatch. I Officer Lana Green started CPR until further helped arrived. End of report.

Hearing Officer Signature:                     Badge Number:

Approving Officer Signature:                  Badge Number:

                                               Badge Number:

Supervising Officer Signature            Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**
**TN0540000**

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** BOOKING

**REPORTING OFFICER:** 3732 - MICHELLE, WILLIAMS

**REPORT DATE:** 02/18/2018   **REPORT TIME:** 07:59

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**   **CASE NUMBER:** 2569

**INCIDENT DATE:** 02/17/2018   **INCIDENT TIME:** 18:22

**DELIVERY DATE:**   **DELIVERY TIME:**

**APPROVAL DATE:**   **APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 3775   **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 10610   **NAME:** COOK, TIMOTHY BRIAN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

**NARRATIVE**

ON 02/17/18 AT APPROX 18:22 I DEPUTY WILLIAMS WAS IN CENTRAL CONTROL WITH OFFICER ROBERT MOSES WHEN THE PHONE RANG AND CPL SAXE SPOKE TO DEPUTY MOSES TELLING HIM TO CALL THE NURSE AND AN AMBULENCE AND LET THEM KNOW THERES CPR IN PROGRESS. DEPUTY MOSES DIDNT UNDERSTAND HIM CLEARLY SO HE THREW THE PHONE TO ME AND THATS WHEN CPL SAXE TOLD ME CPR IN PROGRESS AND I DEPUTY WILLIAMS RAN OUT OF CENTRAL TO GO ASSIST IN BOOKING. I WITNESSED INMATE JONES IN THE RESTRAINT CHAIR AT APPROX 18:24 AND INMATE COOK ON THE FLOOR IN BOOKING CELL1 WITH BLOOD ALL OVER HIM AND THE FLOOR AND HIS FACE WAS BLUE, DEPUTIES MURRAY, GREEN, SAXE AND HANEY AND MYSELF ALL WERE IN BOOKING CELL 1 AND ASSISTING EACH OTHER ACCORDINGLY. APPROXIMETLY 18:25 DEPUTY GREEN WAS PERFORMING CPR AS I WAS THERE AND CPL CHURCH ARRIVED AND HAD MYSELF AND HANEY TO GO GET THE O2 TANKS FROM THE NURSE'S OFFICE AND WE WENT AND GRABBED THE O2 TANK AND TOOK IT INTO BOOKING TO WERE THE INMATE WAS, I THEN WENT TO THE PHONE IN BOOKING AND CONTACTED NURSE BENNIE AND LET HER KNOW WHAT WAS GOING ON AND THAT EMS WAS ALREADY ENROUTE AND THE DEFIBULATOR WAS IN USE AND HAD SEVERAL ASSIST. I WENT BACK TO CELL 1 AT THAT TIME WHICH WAS APPROX 18:29 CPL CHURCH HAD THE BVM AND AED APPLIED TO THE INMATES CHEST AND SEVERAL OTHER ROAD OFFICERS WERE COMING INSIDE TO ASSIST ALSO. AT THIS TIME AT 18:34 I DEPUTY WILLIAMS THEN RAN OUTSIDE TO ASSIST EMS INSIDE WITH THE STRETCHER. BOTH MEDICS WENT INTO CELL 1 AND TOOK OVER CPR AND COMMANDS. I DEPUTY WILLIAMS ASSISTED MEDICS WITH THE BACKBORED AND PLACED IT UNDER THE INMATE WITH DEPUTY MURRAY AND THEN ASSISTED GETTING INMATE ONTO THE STRETCHER. AT 18:39 SEVERAL ROAD OFFICERS ASSISTED WITH GETTING THE STRETCHER TO THE TRUCK AND HELPING OUT THE MEDICS WITH WHAT THEY NEEDED. THE MEDICS PLACED THE LUCAS MACHINE ON THE INMATE AND ATTEMPTED TO DO CPR. IT WASNT WORKING PROPERLY SO THE MEDICS ASKED ME TO PERFORM CPR. I DEPUTY WILLIAMS DID CPR ON INMATE COOK FOR ABOUT 3 MINS UNTIL THE SECOND TRUCK ARRIVED AND BROUGHT OVER THEIR LUCAS MACHINE FOR THE INMATE. ONCE THE SECOND TRUCK CREW GOT THERE THEY TOOK OVER AND LEFT AT 18:53 THEN DETECTIVES AND LT PARSONS SHOWED UP TO TAKE PICTURES OF EVERYTHING THAT WAS INVOLVED IN THIS INCIDENT. END OF REPORT

Eagle Advantage Solutions, Inc.

Report run on: January 2, 2019 1:01 PM

Hearing Officer Signature:                                    Badge Number:

Approving Officer Signature:                                  Badge Number:

                                                             Badge Number:

Supervising Officer Signature                    Date:           Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** BOOKING CELL 1

**REPORTING OFFICER:** 475 - D HANEY

**REPORT DATE:** 02/17/2018          **REPORT TIME:** 18:50

**SHIFT SUPERVISER:** 443 - CPL T CHURCH

**APPROVING OFFICER:** CLAYTON, RICK

**CONTROL NUMBER:**

**INCIDENT DATE:** 02/17/2018

**DELIVERY DATE:** 02/17/2018

**APPROVAL DATE:** 02/17/2018

**CASE NUMBER:** 2572

**INCIDENT TIME:** 18:22

**DELIVERY TIME:** 18:50

**APPROVAL TIME:** 18:50

**OFFENDER(S)**

**INMATE NO.** 3775          **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 10610          **NAME:** COOK, TIMOTHY BRIAN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

SATURDAY FEB 18TH 2018 AFTER 1800
I, DEPUTY DEWAYNE HANEY WAS STANDING AT THE JAIL LAUNDRY WHEN DEPUTY MICHELLE WILLIAMS RAN PAST. I FOLLOWED HER TO BOOKING WHERE I SAW INMATE JERROD JONES IN A RESTRAINT CHAIR. AS I CONTINUED INTO BOOKING I SAW SEVERAL OFFICERS AROUND INMATE TIMOTHY COOK WHO WAS LYING ON HIS SIDE ON THE FLOOR IN CELL 1 . THEY THEN ROLLED HIM ON HIS BACK AND STARTED CPR. SOMEONE REQUESTED THE AIR MASK WHICH I WENT AFTER. I MET CPL CHURCH ENTERING BOOKING HE TOLD ME TO ASSIST THE OFFICERS WORKING WITH INMATE COOK AND HE RETURNED WITH THE MASK AND BEGAN THE BREATHING PART OF CPR. AS THE OFFICERS REQUESTED ITEMS I HANDED THEM INTO CELL 1. I BROUGHT THE OXYGEN CANISTER WHEN IT WAS NEEDED. WHEN THEY PLACED HIM ON THE BACKBOARD I ASSISTED. AFTER THIS HE WAS TAKEN TO THE AMBULANCE AND I LEFT.

Hearing Officer Signature:                                        Badge Number:

Approving Officer Signature:                                      Badge Number:

                                                                 Badge Number:

Supervising Officer Signature                    Date:          Time:

Eagle Advantage Solutions, Inc.

JAIL INCIDENT/
DISCIPLINARY REPORT

MCMINN CO SHERIFF'S OFFICE
TN0540000

Report run on: January 2, 2019 1:01 PM

Page 14 of 28

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** KX DAYROOM

**REPORTING OFFICER:** 5256 - HAMPTON, BOO

**REPORT DATE:**            **REPORT TIME:**

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**     ,

**INCIDENT DATE:** 02/22/2018

**DELIVERY DATE:**

**APPROVAL DATE:**

**CASE NUMBER:** 2580

**INCIDENT TIME:** 15:50

**DELIVERY TIME:**

**APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 22            **NAME:** JOHNSON, ANTHONY SCOTT

**CURRENT CELL ASSIGNMENT:** /

**CURRENT CHARGE(S):**

**INMATE NO.** 2061            **NAME:** BORDEN, DAVID LEE

**CURRENT CELL ASSIGNMENT:** RX/RX

**CURRENT CHARGE(S):**
VIOLATION OF PROBATION MISDEMEANOR POSSESSION SCH1
VIOLATION OF PROBATION  STATE, FELONY EV RECKLESS ENDANGERMENT W/ DEADLY WEAPON
DRIVING ON SUSPENDED OR REVOKED DL

**INMATE NO.** 6628            **NAME:** SHELTON, JEREMY NICHOLAS

**CURRENT CELL ASSIGNMENT:** /

**CURRENT CHARGE(S):**

**VICTIM(S)**

**INMATE NO.** 3775            **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**WITNESS(ES)**

### NARRATIVE

ON 2-22-2018 @ 1550 I LET INMATE JONES OUT FOR HIS HOUR. THEN I LEFT AND ENTERED JX. WENT TO PUT A INMATE IN HIS CELL WHEN I HERD WHAT SOUNDED LIKE A FIGHT AND ALL THE INMATES RUSH TO SEE WHAT WAS GOING ON. I RAN OVER TO KX WHERE INMATE JONES WAS ON THE GROUND AND THE THREE INMATES LISTED ABOVE WAS OVER HIM HITTING AND KICKING HIM. I YELLED GET BACK AS I WENT AT THE INMATES. THEY ALL BACKED OFF OF INMATE JONES. I TOOK JONES OUT AND TO THE NURSE. AS I LEFT KX INMATE BORDEN SAID THAT THE GUY INMATE JONES BEAT UP IN BOOKING WAS INMATE BORDENS COUSIN.

Hearing Officer Signature:                                                     Badge Number:

Approving Officer Signature:                                                  Badge Number:

Badge Number:

Supervising Officer Signature                    Date:            Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
**TN0540000**

Report run on: January 2, 2019 1:01 PM

Page 15 of 28

## INCIDENT DESCRIPTION

**INCIDENT CODE** - SUICIDAL

**LOCATION:** MAIN MALE ONE MX-POD

**REPORTING OFFICER:** 2385 - GRIFFIN, WILLIE

**REPORT DATE:** 04/08/2018     **REPORT TIME:** 23:45

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 04/08/2018

**DELIVERY DATE:** 04/08/2018

**APPROVAL DATE:** 04/08/2018

**CASE NUMBER:** 2665

**INCIDENT TIME:** 23:31

**DELIVERY TIME:** 23:51

**APPROVAL TIME:** 23:52

**OFFENDER(S)**

**INMATE NO.** 3775          **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

**NARRATIVE**

ON THE TIME AND DATE I, CPL. GRIFFIN WAS NOTIFIED BY DEP. HORNER THAT INMATE 3775 JONES,JERROD IVAN STATED THAT HE WAS GOING TO KILL HIMSELF. I, CPL. GRIFFIN WENT TO MAIN MALE ONE MX-POD WHERE INMATE JONES IS HOUSED. I, TOLD INMATE JONES TO PUT HIS HANDS BEHIND HIS BACK. THEN, I CPL. GRIFFIN PLACED HANDCUFFS ON INMATE JONES. I, CLP. GRIFFIN ESCORTED INMATE JONES TO BOOKING WHERE HE WAS PLACED IN A BLUE SUICIDE PREVENTION GOWN PRE PROTOCOL AND PLACES IN BOOKING CELL 2. NURSE KAY WAS NOTIFIED BY CPL. GRIFFIN. END OF REPORT

Hearing Officer Signature:                                    Badge Number:

Approving Officer Signature:                                  Badge Number:

                                                             Badge Number:

Supervising Officer Signature                Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
TN0540000

## INCIDENT DESCRIPTION
**INCIDENT CODE** - SUICIDE GESTURE

**LOCATION:** MX

**REPORTING OFFICER:** 466 - D HORNER

**REPORT DATE:** 04/09/2018     **REPORT TIME:** 01:18

**SHIFT SUPERVISER:** 446 - W GRIFFIN

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 04/08/2018

**DELIVERY DATE:**

**APPROVAL DATE:**

**CASE NUMBER:** 2666

**INCIDENT TIME:** 23:10

**DELIVERY TIME:**

**APPROVAL TIME:**

**OFFENDER(S)**

| | |
|---|---|
| **INMATE NO.** 3775 | **NAME:** JONES, JERROD IVAN |

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

### NARRATIVE
ON THE ABOVE DATE AND TIME I DEP HORNER IN MY BOOTH INMATE JERROD JONES INERCOM TO MY BOOTH SAID HE IS HEARING VOICES INMATE JONES SAID HE IS ABOUT TO KILL HIS SELF I DEP HORNER INFORM MY SUPERVISER DEP W GRIFFIN GOES TO MX POD INFORMS INMATE JONES TO PUT HIS HANDS BE HIND HIS BACK DEP GRIFFIN HANDCUFFS INMATE JONES TOOK INMATE JONES TO BOOKING FOR SAFETY

Hearing Officer Signature:                                            Badge Number:

Approving Officer Signature:                                          Badge Number:

                                                                     Badge Number:

Supervising Officer Signature                    Date:        Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
TN0540000

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** - SUICIDE GESTURE

**LOCATION:** MX

**REPORTING OFFICER:** 466 - D HORNER

**REPORT DATE:** 04/09/2018     **REPORT TIME:** 02:30

**SHIFT SUPERVISER:** 446 - W GRIFFIN

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 04/08/2018

**DELIVERY DATE:** 04/09/2018

**APPROVAL DATE:**

**CASE NUMBER:** 2667

**INCIDENT TIME:** 23:10

**DELIVERY TIME:** 02:30

**APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 3775     **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

### NARRATIVE

ON THE ABOVE DATE AND TIME, I, DEPUTY HORNER, WAS IN MAIN MAIL 1 BOOTH WHEN INMATE JERROD JONE CALLED ON THE INTERCOM TO TELL ME THAT HE WAS HEARING VIOCES AND THAT HE WAS GOING TO KILL HIMSELF. I, DEPUTY HORNER, INFORMED MY SUPERVISOR, CPL GRIFFIN. CPL GRIFFIN WENT INTO MX POD AND TELLS INMATE JONES TO PLACE HIS HANDS BEHIND HIS BACK. CPL GRIFFIN THEN HANDCUFFS HIM AND ESCORTS HIM TO BOOKING. INMATE JONES WAS PLACED ON SUICIDE WATCH. END OF REPORT.

Hearing Officer Signature:          Badge Number:

Approving Officer Signature:          Badge Number:

Badge Number:

Supervising Officer Signature      Date:      Time:

Eagle Advantage Solutions, Inc.

JAIL INCIDENT/
DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

Report run on: January 2, 2019 1:01 PM

Page 18 of 28

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:**

**REPORTING OFFICER:** 1117 - WILLIAMS, MATTHEW

**REPORT DATE:** 05/13/2018      **REPORT TIME:** 04:37

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 05/13/2018

**DELIVERY DATE:**

**APPROVAL DATE:**

**CASE NUMBER:** 2724

**INCIDENT TIME:** 04:37

**DELIVERY TIME:**

**APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 3775      **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**INMATE NO.** 6525      **NAME:** WHITLEY, MATTHEW ALLEN

**CURRENT CELL ASSIGNMENT:** /

**CURRENT CHARGE(S):**

**VICTIM(S)**

**INMATE NO.** 6525      **NAME:** WHITLEY, MATTHEW ALLEN

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

**NARRATIVE**

ON 5/13/2018 I DEPUTY WILLIAMS WAS DOING MY 04:00 ROUND WHEN I WAS ESCORTING INMATE JERROD JONES AND INMATE MICHEAL ELROD BACK INTO THE POD AND BACK INTO THERE CELLS. WHEN INMATE JERROD JONES ENTERED THE MX POD I WITNESS HIM ATTACK INMATE MATTHEW WHITLEY IN THE MX POD. HE STARTED TO SWING AT HIM AND THE TWO BEGAN TO FIGHT IN THE DAY ROOM. I THEN RAN UP THE STAIRS AND CALLED TRAFFIC. I ENTERED THE MX POD AND TOLD THEM TO SEPERATE THEY DID NOT RESPOND SO I PULLED MY TASER AND POINTED IT AT JERROD JONES AND TOLD HIM TO BREAK IT UP AND BACK UP. THEY BOTH SEPERATED AND BACKED AWAY FROM EACH OTHER. DEPUTY HAMPTON AND CPL CHURCH THEN ARRIVED AND I THEN PLACE BOTH OF THEM BACK INTO THERE CELLS.

Hearing Officer Signature:             Badge Number:

Approving Officer Signature:          Badge Number:

                                       Badge Number:

Supervising Officer Signature          Date:          Time:

Eagle Advantage Solutions, Inc.

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

## INCIDENT DESCRIPTION

INCIDENT CODE  A - ASSAULT AGAINST INMATE(S)

| | | |
|---|---|---|
| LOCATION:  HX | CONTROL NUMBER: | CASE NUMBER:  2748 |
| REPORTING OFFICER: 3673 - BURNHAM, MATTHEW | INCIDENT DATE:  06/02/2018 | INCIDENT TIME:  01:11 |
| | DELIVERY DATE: | DELIVERY TIME: |
| REPORT DATE:  06/02/2018   REPORT TIME: 01:39 | APPROVAL DATE: | APPROVAL TIME: |

SHIFT SUPERVISER: 2638 - BYRUM, TERRY

APPROVING OFFICER:

**OFFENDER(S)**

INMATE NO. 3775          NAME:  JONES, JERROD IVAN

CURRENT CELL ASSIGNMENT:  MX/MX

CURRENT CHARGE(S):
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

INMATE NO. 109075          NAME: DAVIDSON, KRISTOPHER ANDREW

CURRENT CELL ASSIGNMENT:  /

**WITNESS(ES)**

**NARRATIVE**

ON THIS DATE 06/02/2018 AT APPROX. 0111 AM I DEP. BURNHAM AND DEP. MILLER WERE SITTING IN MAIN MALE 1 BOOTH. INMATE MAIN MALE 1 TRUSTEE KRISTOPHER DAVIDSON WAS COMING BACK OUT OF LX FROM HEATING COFFEE UP AND WAS GETTING READY TO GO BACK INTO HX. WHEN INMATE JERROD JONES RUSHED HX DOOR AND SUCKER PUNCHED KRISTOPHER DAVIDSON AT THAT POINT BOTH INMATES WENT AT IT PUNCHING EACH OTHER. TRAFFIC WAS CALLED AT 0111 AM AND DEP. MILLER WAS THE FIRST ONE TO THE INCIDENT AT THAT POINT BOTH INMATES SEPERATED. DEP. WILLIAMS RELEIVED ME FROM THE BOOTH AND I WENT TO THE INCIDENT. DEP. BYRUM ARRIVED ON SCENE AND TALKED TO JERROD JONES AND THEN PUT HIM BACK UP IN HIS CELL MX 4. END REPORT.

Hearing Officer Signature:                                                              Badge Number:


Approving Officer Signature:                                                           Badge Number:


                                                                                                        Badge Number:


Supervising Officer Signature                          Date:              Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
TN0540000

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

| | | |
|---|---|---|
| **LOCATION:** MX | **CONTROL NUMBER:** | **CASE NUMBER:** 2763 |
| **REPORTING OFFICER:** 5256 - HAMPTON, BOO | **INCIDENT DATE:** 06/13/2018 | **INCIDENT TIME:** 23:21 |
| **REPORT DATE:** 06/13/2018 **REPORT TIME:** 23:55 | **DELIVERY DATE:** | **DELIVERY TIME:** |
| | **APPROVAL DATE:** | **APPROVAL TIME:** |

**SHIFT SUPERVISER:** -

**APPROVING OFFICER:**

**OFFENDER(S)**

**INMATE NO.** 3775 **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 9442 **NAME:** SHUKAIT, STEPHEN M

**CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

### NARRATIVE

ON 06-13-2018 @ 2321 I DEPUTY HAMPTON WAS DOING A ROUND IN MAIN MALE 1. I HAD LOCKED DOWN INMATE JONES IN MX4 AND LET OUT INMATE SHUKAIT OUT OF MX3. I CONTINUED MY ROUND TO LX DAYROOM. MAIN MALE 1 TRUSTEE CAME AND TOLD ME THAT THERE WAS A FIGHT IN MX. I RAN TO THE BOOTH AND TOLD DEPUTY LEMONS TO CALL TRAFFIC TO MX. AS I WAS RUNNING UP THE STAIRS TO MX INMATE JONES RAN TO HIS CELL AND SHUT THE DOOR. WHEN I GOT IN MX I WENT TO INMATE JONES CELL DOOR TO MAKE SURE IT WAS LOCKED THEN ASKED HOW HE OPENED IT. CPL CHURCH TOOK INMATE SHUKAIT TO THE FRONT AND I CONTINUED MY ROUND. AFTER REVIEW OF THE CAMERA INMATE SHUKAIT RAN A STRING TO HELP INMATE JONES POP OUT. THEN INMATE JONES STARTED HITTING INMATE SHUKAIT AND CONTINUED UNTIL I WAS ALMOST IN MX THEN RAN BACK TO HIS CELL. INMATE SHUKAIT WAS MOVED TO BOOKING FOR HIS SAFTEY. END REPORT.

Hearing Officer Signature: Badge Number:

Approving Officer Signature: Badge Number:

Badge Number:

Supervising Officer Signature Date: Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** MX POD DAYROOM

**REPORTING OFFICER:** 443 - T. CHURCH

**REPORT DATE:** 06/14/2018     **REPORT TIME:** 04:59

**SHIFT SUPERVISER:** 442 - D. BREEDEN

**APPROVING OFFICER:**

**CONTROL NUMBER:**

   **INCIDENT DATE:** 06/13/2018

   **DELIVERY DATE:** 06/14/2018

**APPROVAL DATE:**

**CASE NUMBER:** 2764

**INCIDENT TIME:** 23:21

**DELIVERY TIME:** 04:59

**APPROVAL TIME:**

**OFFENDER(S)**

   **INMATE NO.** 3775     **NAME:** JONES, JERROD IVAN

   **CURRENT CELL ASSIGNMENT:** MX/MX

   **CURRENT CHARGE(S):**

   VANDALISM UP TO 1000

   VANDALISM UP TO 1000

   VIOLATION OF PROBATION MISDEMEANOR

   CRIMINAL TRESPASS

   THEFT OF PROPERTY UNDER 1000

   SHOPLIFTING-THEFT OF PROPERTY

   CRIMINAL TRESPASS

   MURDER -- SECOND DEGREE

   AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

   **INMATE NO.** 9442     **NAME:** SHUKAIT, STEPHEN M

   **CURRENT CELL ASSIGNMENT:** /

**WITNESS(ES)**

### NARRATIVE

ON 6/13/2018 AT APPROXIMATELY 2322 I, CORPORAL CHURCH WAS IN CENTRAL CONTROL WHEN I SAW ON CAMERA INMATES JERROD JONES AND STEPHEN SHUKAIT FIGHTING IN THE DAYROOM OF MX. MOMENTS BEFORE I WITNESSED DEPUTY HAMPTON PUT INMATE JONES IN M4 AND LOCK HIM DOWN. SHORTLY AFTER DEP. HAMPTON LEFT THE POD, INMATE SHUKAIT SLID A STRING UNDER THE DOOR OF M4 CELL AND THEN INMATE JONES EXITED M4 CELL AND STARTED TO BEAT ON INMATE SHUKAIT. WHEN I SAW IT ON CAMERA I CALLED TRAFFIC. SGT. BREEDEN TOOK OVER CENTRAL CONTROL AND I RESPONDED TO MX. UPON ENTRY TO MX INMATE JONES RETREATED TO HIS CELL AND LOCKED THE DOOR. DEP. HAMPTON CHECKED TO MAKE SURE THE DOOR WAS LOCKED. I TOOK INMATE SHUKAIT TO THE CLINIC AND CLEANED HIM UP. HE HAD AN ABRASION ON THE TOP RIGHT OF HIS FOREHEAD AND A SMALL AMOUNT OF BLOOD COMING FROM HIS NOSE. INMATE SHUKAIT WAS MOVED TO BOOKING FOR HIS SAFETY.

Hearing Officer Signature:          Badge Number:

Approving Officer Signature:          Badge Number:

         Badge Number:

Supervising Officer Signature          Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

**MCMINN CO SHERIFF'S OFFICE**
TN0540000

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

| | | |
|---|---|---|
| | **CONTROL NUMBER:** | **CASE NUMBER:** 2776 |
| **LOCATION:** VISITING | **INCIDENT DATE:** 06/16/2018 | **INCIDENT TIME:** 19:33 |
| **REPORTING OFFICER:** 6189 - GOENNER, GREG | **DELIVERY DATE:** | **DELIVERY TIME:** |
| **REPORT DATE:** 06/16/2018 **REPORT TIME:** 19:57 | **APPROVAL DATE:** | **APPROVAL TIME:** |

**SHIFT SUPERVISER:** 2638 - BYRUM, TERRY

**APPROVING OFFICER:**

**OFFENDER(S)**

**INMATE NO.** 1668 **NAME:** OSBORNE, FRANKLIN LEE

**CURRENT CELL ASSIGNMENT:** KX/KX

**CURRENT CHARGE(S):**
EVADING ARREST FELONY DRIVING ON REVOKED DL
VANDALISM
VIOLATION OF PROBATION  STATE
DRIVING ON  REVOKED DL FELONY EVANDING THEFT BY POSS.MOTER VEHICLE AND PLATE
CONTRABAND IN PENAL INSTITUTION

**INMATE NO.** 3775 **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**


**WITNESS(ES)**



**NARRATIVE**

ON THE ABOVE DATE AND TIME I, DEPUTY GOENNER, WAS IN VISITING ON THE VISITOR SIDE HANDING BACK ID'S.  I HEARD SEVERAL VISITORS STARTING TO YELL AND WENT DOWN THE LINE TO SEE WHAT WAS GOING ON.  I SAW INMATE JONES, JERROD, INMATE # 3775 AND INMATE OSBORNE, FRANKLIN, INMATE # 1668 FIGHTING.  I IMMEDIATELY CALLED TRAFFIC TO VISITING AND EXITED THE VISITOR SIDE.  I ENTERED DOOR V5 WITH CPL. BYRUM AND DEPUTY BURNHAM.  CPL. BYRUM TOOK INMATE JONES OUT OF VISITING WHILE DEPUTY BURNHAM AND I STAYED IN VISIT WITH INMATE OSBORNE.  INMATE OSBORNE WAS TAKEN BACK TO MX AS WELL AS INMATE JONES AND BOTH INMATES WERE LOCKED DOWN.
END OF REPORT.

Hearing Officer Signature:      Badge Number:


Approving Officer Signature:      Badge Number:


Badge Number:


Supervising Officer Signature      Date:      Time:


Eagle Advantage Solutions, Inc.

**MCMINN CO SHERIFF'S OFFICE**
**TN0540000**

*Report run on: January 2, 2019 1:01 PM*

## INCIDENT DESCRIPTION

| | | |
|---|---|---|
| INCIDENT CODE: A - ASSAULT AGAINST INMATE(S) | CONTROL NUMBER: | CASE NUMBER: 2777 |
| LOCATION: VISITATION | INCIDENT DATE: 06/16/2018 | INCIDENT TIME: 19:35 |
| REPORTING OFFICER: 2638 - BYRUM, TERRY | DELIVERY DATE: | DELIVERY TIME: |
| REPORT DATE:          REPORT TIME: | APPROVAL DATE: | APPROVAL TIME: |

SHIFT SUPERVISER: 2638 - BYRUM, TERRY

APPROVING OFFICER: D BREEDEN

### OFFENDER(S)

INMATE NO. 1668          NAME: OSBORNE, FRANKLIN LEE

CURRENT CELL ASSIGNMENT: KX/KX

CURRENT CHARGE(S):
EVADING ARREST FELONY DRIVING ON REVOKED DL
VANDALISM
VIOLATION OF PROBATION  STATE
DRIVING ON  REVOKED DL FELONY EVANDING THEFT BY POSS.MOTER VEHICLE AND PLATE
CONTRABAND IN PENAL INSTITUTION

INMATE NO. 3775          NAME:  JONES, JERROD IVAN

CURRENT CELL ASSIGNMENT: MX/MX

CURRENT CHARGE(S):
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

VICTIM(S)

WITNESS(ES)

### NARRATIVE

On 06/16/2018 at or around 1935 inmates J.Jones inmate number (3775) and F.Osborne inmate number (1668) got into a fight in visitation. Inmate traffic was called by Dep. Goenner from the visitor side of visitation while he was handing back visitor identifaction . Dep. Burnham and myself Cpl. Byrum along with Dep Arent entered the visitation area to find inmate Jones and inmate Osborne argueing . At that i ordered inmate Jones to stop all movement as I drew my X-26 taser inmate Jones was the closest inmate to me at that time . Inmate Jones did comply and exited the visitation area with me while i still had the taser on him . I then escorted inmate Jone sback to the pod MX cell 4 and placed him behind his door in the cell . While I was moveing inmate Jones Dep Burnham  and Dep. Arent escorted inmate Osborne back to the pod MX. At that time I had already secured inmate Jones behind his door . I then ordered inmate Osborne to come on up and placed him behind his door in pod Mx cell 3 .With both inmates secured in the pod i told both inmates that i was locking them down for the remainder of the day and visit was over for the two of them at this time. Inmate Osborne voiced his opinion at that time about me ending his visit early . He stated and i quote ( This shit is fucked up i didn't do anything wrong and he started the fight why am i getting locked down too ) i then told inmate Osborne that it was my desision to end visit for both inmates an that was final. I then went up front to appoligize to the familys of both partys involved and told the familys that both inmates would not get visit for 30 days due to the fight . I will be takeing visit from both inmates for no less or more than 30 days at this time . Above events did happen at the McMinn County Justice Center on 06/16/2018

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

## MCMINN CO SHERIFF'S OFFICE
TN0540000

Report run on: January 2, 2019 1:01 PM

Page 24 of 28

Hearing Officer Signature:                                    Badge Number:

Approving Officer Signature:                                  Badge Number:

                                                              Badge Number:

Supervising Officer Signature              Date:        Time:

Eagle Advantage Solutions, Inc.

**MCMINN CO SHERIFF'S OFFICE**
**TN0640000**

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** VISITATION

**REPORTING OFFICER:** 3673 - BURNHAM, MATTHEW

**REPORT DATE:** 06/16/2018     **REPORT TIME:** 22:54

**SHIFT SUPERVISER:** 2838 - BYRUM, TERRY

**APPROVING OFFICER:**

**CONTROL NUMBER:**

**INCIDENT DATE:** 06/16/2018

**DELIVERY DATE:**

**APPROVAL DATE:**

**CASE NUMBER:** 2779

**INCIDENT TIME:** 19:32

**DELIVERY TIME:**

**APPROVAL TIME:**

**OFFENDER(S)**

**INMATE NO.** 1668     **NAME:** OSBORNE, FRANKLIN LEE

**CURRENT CELL ASSIGNMENT:** KX/KX

**CURRENT CHARGE(S):**
EVADING ARREST FELONY DRIVING ON REVOKED DL
VANDALISM
VIOLATION OF PROBATION  STATE
DRIVING ON  REVOKED DL FELONY EVANDING THEFT BY POSS.MOTER VEHICLE AND PLATE
CONTRABAND IN PENAL INSTITUTION

**INMATE NO.** 3775     **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**WITNESS(ES)**

**NARRATIVE**

ON THIS DATE 06/16/2018 AT APPROX. 1932 TRAFFIC WAS CALLED TO VISITATION. I DEP. BURNHAM WAS IN MAIN MALE TWO AND RAN UP TO VISIT. DEP. GUNNER , CPL. BYRUM AND DEP. ARENT FOLLOWED RIGHT BEHIND ME. ENTERED WITH TASER DRAWN AND SAW THAT INMATES JERROD JONES AND FRANKLIN OSBORNE WERE SQUARED UP WITH EACH OTHER. TOLD JERROD JONES TO COME TOWARDS US. THE INMATES COMPLIED AND AND JERROD JONES WAS TAKEN OUT OF VISITAION FIRST AND TAKEN BACK UP TO MX 4 BY CPL. BYRUM. ME AND DEP. GUNNER TALKED TO FRANKLIN OSBORNE AND HE SAID THAT JERROD JONES STARTED IT ALL AND HIT HIM FIRST. THEN CPL. BYRUM TOLD DEP. ARENT TO BRING FRANKLIN OSBORNE TO HIM. SO ME AND DEP. ARENT WALKED HIM BACK TO MX AND CPL. BYRUM PUT OSBORNE BACK INTO MX 3. END REPORT.

Hearing Officer Signature:                                    Badge Number:


Approving Officer Signature:                                  Badge Number:


Supervising Officer Signature          Date:          Time:          Badge Number:


Eagle Advantage Solutions, Inc.

Report run on: January 2, 2019 1:01 PM

## INCIDENT DESCRIPTION

**INCIDENT CODE** A - ASSAULT AGAINST INMATE(S)

**LOCATION:** INMATE SIDE OF VISIT

**REPORTING OFFICER:** 0309 - ARENTS, TYLER

**REPORT DATE:** 06/17/2018     **REPORT TIME:** 0 :10

**SHIFT SUPERVISER:** 2638 - BYRUM, TERRY

**APPROVING OFFICER:** BREEDEN, DUSTY

**CONTROL NUMBER:**

**INCIDENT DATE:** 06/16/2018

**DELIVERY DATE:** 06/17/2018

**APPROVAL DATE:** 06/17/2018

**CASE NUMBER:** 2780

**INCIDENT TIME:** 19:32

**DELIVERY TIME:** 0 :10

**APPROVAL TIME:** 0 :10

**OFFENDER(S)**

**INMATE NO.** 3775          **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**VICTIM(S)**

**INMATE NO.** 1668          **NAME:** OSBORNE, FRANKLIN LEE

**CURRENT CELL ASSIGNMENT:** KX/KX

**WITNESS(ES)**

### NARRATIVE

On the above date and time I, Deputy Tyler Arent, (#464) responded to a traffic call on the inmate side of visit. I arrived on scene behind Cpl. T. Byrum (#444) and Deputy M. Burnham (#462). It seemed the confrontation had ended by the time we had arrived, which at that point Cpl. Byrum began to escort Inmate Jerrod Jones (#3775) back to MX to be locked down. After Inmate Jones was secure Deputy Burnham and I escorted Inmate Franklin Osborne (#1668) back to MX as well and had him locked down for rest of the day. E.O.R.

Hearing Officer Signature:                                                    Badge Number:


Approving Officer Signature:                                                  Badge Number:


                                                                             Badge Number:


Supervising Officer Signature                    Date:          Time:

Eagle Advantage Solutions, Inc.

# JAIL INCIDENT/
# DISCIPLINARY REPORT

MCMINN CO SHERIFF'S OFFICE
**TN0540000**

Report run on: January 2, 2019 1:01 PM

Page 27 of 28

## INCIDENT DESCRIPTION

**INCIDENT CODE** - DISRESPECT OF AN OFFICER

| | | |
|---|---|---|
| **LOCATION:** MX | **CONTROL NUMBER:** | **CASE NUMBER:** 3021 |
| **REPORTING OFFICER:** 5525 - | **INCIDENT DATE:** 10/29/2018 | **INCIDENT TIME:** 04:08 |
| | **DELIVERY DATE:** 10/29/2018 | **DELIVERY TIME:** 04:10 |
| **REPORT DATE:** 10/29/2018  **REPORT TIME:** 04:10 | **APPROVAL DATE:** 10/29/2018 | **APPROVAL TIME:** 04:10 |

**SHIFT SUPERVISER:** 0309 - ARENT, TYLER

**APPROVING OFFICER:** CLAYTON, RICK

**OFFENDER(S)**

**INMATE NO.** 3775 **NAME:** JONES, JERROD IVAN

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM UP TO 1000
VANDALISM UP TO 1000
VIOLATION OF PROBATION MISDEMEANOR
CRIMINAL TRESPASS
THEFT OF PROPERTY UNDER 1000
SHOPLIFTING-THEFT OF PROPERTY
CRIMINAL TRESPASS
MURDER -- SECOND DEGREE
AGGRAVATED ASSAULT CLASS C FELONY

**INMATE NO.** 121057 **NAME:** ELROD, MICHAEL JAMES

**CURRENT CELL ASSIGNMENT:** MX/MX

**CURRENT CHARGE(S):**
VANDALISM
MURDER -- SECOND DEGREE
MURDER, ATTEMPTED

**VICTIM(S)**

**WITNESS(ES)**

## NARRATIVE

On 29 October @ 0400 hrs I Doug Reed was conducting a round in main male 1. Upon entering MX I was asked by inmate ELROD if he could set some trash out of his cell. Upon opening the cell he set the tray on the dayroom table and proceeded to the kiosk to check his email. I asked him what he was doing and he stated he was checking his email. I asked him him to go back into his cell to which he replied "no" he then asked "what are you gonna do" several times. I informed the inmate that he needed to go back into his cell and that I did not say he could come out to check his email. Inmate Elrod then became irate screaming that "I aint the motherfucker to fuck with, you're gonna have to put me up, call Tyler." I called ARENT, Tyler and informed him of the situation. Inmate ELROD continued to be irate and refused to go into his cell even though I repeadedly told him to. At this time Inmate JONES, Gerrod began to yell from his cell confirming he heard me say ELROD could check his email. Throughout this incident inmate JONES was yelling from his cell enticing ELROD. Deputy HAMPTON, Boo and WILLIAMS, Matthew arrived in MX dayroom. ELROD continued to refuse to go into his cell and tell deputy WILLIAMS I gave him permission to check his email. After several minutes of conversation between deputy WILLIAMS and inmate ELROD he decided to go back into his cell. Upon ELROD entering his cell all deputys vacated MX dayroom and rondeveued main male 1. Within a few minutes of getting back into the shack inmate JONES had popped his door and was in the dayroom hitting the intercom button. Inmate JONES ignored several request to go back into his cell. JONES continued to hit the intercom button for several minutes. Eventually JONES decided to go back into his cell when we quit answering the intercom.

Eagle Advantage Solutions, Inc.

Case 3:25-cv-00074-TAV-DCP     Document 12-2     Filed 07/23/25     Page 27 of 28
PageID #: 151

Report run on: January 2, 2019 1:01 PM

Hearing Officer Signature:                                    Badge Number:

Approving Officer Signature:                                  Badge Number:

                                                             Badge Number:

Supervising Officer Signature              Date:        Time:

Eagle Advantage Solutions, Inc.