**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**GAVIN COOK, individually and as sole Surviving heir of TIMOTHY COOK, deceased**,

Plaintiff,

v. No:3:25-CV-00074

**MCMINN COUNTY, TENNESSEE,**

Defendants.

## NOTICE OF DEPOSITION

Please take notice that the Defendants will take the deposition of Plaintiff's expert Donald L. Leach II on August 12, 2026, beginning at 1:30 pm EST and that the parties will participate by video conference. This deposition will be taken before an officer authorized by law to administer oaths.

RESPECTFULLY submitted this 3rd day of August, 2026.


By: */s/ Jonathan Swann Taylor*
Jonathan Swann Taylor (TN BPR #025094)
Kramer Rayson LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901-0629
Telephone: (865) 525-5134
Facsimile: (865) 522-5723
Email: jstaylor@kramer-rayson.com

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of August, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/Jonathan Swann Taylor*
Jonathan Swann Taylor