UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| **GAVIN COOK**, Individually, and as sole surviving heir TIMOTHY COOK, deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CV-00074 JURY DEMAND |
| **MCMINN COUNTY, TENNESSEE**, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant McMinn County, Tennessee ("McMinn County" or the "County"), by and through undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for summary judgment in its favor on all claims asserted by Plaintiff Gavin Cook. As set forth more fully in Defendant's contemporaneously filed Memorandum in Support of Motion for Summary Judgment, there exists no genuine dispute as to any material fact, and McMinn County is entitled to judgment as a matter of law on Plaintiff's sole remaining claim for municipal liability under 42 U.S.C. § 1983.

In support of this Motion, McMinn County submits the following exhibits identified herein and in its Memorandum in Support of Defendants' Motion for Summary Judgment, including the booking-area surveillance video submitted pursuant to a contemporaneously filed Notice of Manual Filing:

<u>Exhibit A</u> Tennessee Corrections Institute April 10, 2018 Inspection Report (Exhibit 1 to Deposition of Sheriff Joe Guy)

| | |
|---|---|
| Exhibit B | Tennessee Corrections Institute May 30, 2018 Re-Inspection Report (Exhibit 2 to Deposition of Sheriff Joe Guy) |
| Exhibit C | McMinn County Sheriff's Office Policy & Procedure Manual § 3.01 (Booking Officer Post Orders) (Exhibit 14 to Deposition of Boo Hampton) |
| Exhibit D | McMinn County Sheriff's Office Policy & Procedure Manual § 4.02 (Incident Reporting Policy) (Exhibit 1 to Deposition of Tobias Parsons) |
| Exhibit E | Intake Activity Reports from February 17, 2018 (Exhibit 2 to Deposition of Tobias Parsons) |
| Exhibit F | Redacted History Arrest/Booking Report and booking documents for Timothy Brian Cook (Exhibit 3 to Deposition of Boo Hampton and T&K Initial Disclosures 2-7) |
| Exhibit G | Redacted History Arrest/Booking Report and Medical Questionnaire for Jerrod Ivan Jones (Exhibit 5 to Deposition of Tobias Parsons) |
| Exhibit H | Incident Reports related to February 17, 2018 Incident (KR Cook Initial Disclosures 8-13) |
| Exhibit I | Deposition Transcript of Dale Murray (October 21, 2020) |
| Exhibit J | Deposition Transcript of Derrick Saxe (June 29, 2026) |
| Exhibit K | Deposition Transcript of Tobias Parsons (June 30, 2026) |
| Exhibit L | Deposition Transcript of Sheriff Joe Guy (July 1, 2026) |
| Exhibit M | Deposition Transcript of Gavin Cook (July 31, 2026) |
| Exhibit N | Deposition Transcript of Boo Hampton (August 7, 2026) |
| Exhibit O | Deposition of Charles Dewayne Haney (August 27, 2026) |
| Exhibit P | Deposition of Lana Green (August 27, 2026) |
| Exhibit Q | Booking Area Surveillance Video from the McMinn County Detention Facility depicting the February 17, 2018 incident (submitted pursuant to Defendant's Notice of Manual Filing) |

A Memorandum in Support of Defendant's Motion for Summary Judgment will be filed by this Defendant separately with its own certificate of service following the filing of this Motion.

WHEREFORE, Defendant McMinn County respectfully requests that the Court grant this Motion, enter summary judgment in favor of McMinn County on all claims asserted by Plaintiff, dismiss this action with prejudice, tax costs to Plaintiff, and grant such further relief as this Court deems appropriate.

RESPECTFULLY SUBMITTED this 25th day of September, 2026.

McMINN COUNTY, TENNESSEE

By: */s/ Jonathan Swann Taylor*
Jonathan Swann Taylor (TN BPR #025094)
Kramer Rayson LLP
800 S. Gay Street, Suite 2500
P.O. Box 629
Knoxville, TN 37901-0629
Telephone: (865) 525-5134
Facsimile: (865) 522-5723
Email: jstaylor@kramer-rayson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Jonathan Swann Taylor*
Jonathan Swann Taylor